## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

THELMA WILLIAMS, JR.
ADC #93197                                                                                      PLAINTIFF

v.                           No. 2:11CV00021 JLH/JTR

HARDIN, Correctional Officer,
Arkansas Department of Correction, et al.                                          DEFENDANTS

## JUDGMENT

Consistent with the Order of Dismissal that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITHOUT PREJUDICE, pursuant to the three strikes rule set forth in 28 U.S.C. § 1915(g).   Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal from this Judgment and the accompanying Order of Dismissal would not be taken in good faith.

Dated this 9th day of March, 2011.

_____
UNITED STATES DISTRICT JUDGE